■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONG KHUU, Appellant. [60 NYS3d 662]—Order, Supreme Court, New York County (Michael J. Obus, J.), entered on or about May 23, 2016, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

We find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of the underlying sex crime. Concur—Sweeny, J.P., Renwick, Kapnick, Kern and Moulton, JJ.